# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **PASTOR VICTOR S. COUZENS, et al.,** | : | Case No. 1:20cv546 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| vs. | : | |
| | : | |
| **CITY OF FOREST PARK, OHIO, et al.,** | : | |
| | : | |
| | : | |
| | : | |
| Defendant. | : | |

_____

## NOTICE OF APPEAL
_____

Notice is hereby given that Plaintiff, Pastor Victor S. Couzens., appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order granting Defendants' Motion for Summary Judgment, entered on the 26th of October 2023. (Doc #54).

Respectfully submitted,

MEZIBOV BUTLER

/s/Marc D. Mezibov
Marc D. Mezibov (OH No. 0019316)
615 Elsinore Place, Suite 105
Cincinnati, OH 45202
Phone: 513.621.8800
Fax: 513.621.8833
mmezibov@mezibov.com

## CERTIFICATE OF SERVICE

A true and accurate copy of the foregoing was served to all parties of record via the Court's ECF filing system this 16th day of November, 2023

                                  /s/ Marc D. Mezibov  
                                  Marc D. Mezibov (OH No. 0019316)